December 16, 2011

Mr. Mike A. Hatchell
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Craig T. Enoch
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

RE: Case Number: 10-0734
 Court of Appeals Number: 05-08-01053-CV
 Trial Court Number: DC-07-06538

Style: AMERICO LIFE, INC., AMERICO FINANCIAL LIFE AND ANNUITY
 INSURANCE COMPANY, GREAT SOUTHERN LIFE INSURANCE COMPANY, THE OHIO
 STATE LIFE INSURANCE COMPANY, AND NATIONAL FARMERS' UNION LIFE
 INSURANCE COMPANY
 v.
 ROBERT L. MYER AND STRIDER MARKETING GROUP, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |